NO. 07-09-0100-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MAY 5, 2009
_____

GRACE EMILY ARCHER, M.D.,

Appellant

V.

PETERSON FARRIS MOSS PRUITT & PARKER, P.C.,
f/k/a PETERSON FARRIS DOORES & JONES, P.C.
and CHARLES E. MOSS,

Appellees

_____

FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

NO. 91,411-E; HONORABLE DOUGLAS WOODBURN, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, by and through her attorney, has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice